Case 1:21-cr-00126-HYJ    ECF No. 173,  PageID.701    Filed 11/14/25    Page 1 of 1

FILED - GR
November 14, 2025 12:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /s/ /11/14

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

United States of America
_____
_____

Plaintiff(s),

v

Royait Johnson
_____
_____

Defendant(s).

Case No. 1:21-cr-126-01
Honorable Hala Y. Jarbou

I'm requesting the courts to take me off of payin restitution due to me having a disability stopping me from working I have severe Hemophilia I get disability check's every month meaning I can't work a Job I Live off a set income I Dont understand why I have to pay restitution and I barely get enough money to survive

11-14-25

[signature]